**STATE of Missouri, Respondent,**

v.

**Terril L. JOHNSON, Appellant.**

**No. WD 44310.**

Missouri Court of Appeals,
Western District.

Feb. 25, 1992.

William J. Daily, Glasgow, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and KENNEDY and BERREY, JJ.

## OPINION

PER CURIAM:

Defendant appeals from his conviction of assault in the second degree, property dam- age in the first degree and two concurrent two-year sentences of imprisonment.

Affirmed. Rule 30.25(b).